UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

_____

**In re:**

    **Marcus Polite**                                             Case # 2:21-mc-126

_____

**ORDER**
**Granting a Time-Limited Waiver of PACER Fee**

    This matter is before the Court on the application and request by Marcus Polite for exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts.

    Based on the application, THE COURT FINDS that Marcus Polite as a graduate student performing pertinent research at The University of Missouri falls within the class of users listed in the fee schedule as being eligible for a fee exemption. Additionally, Marcus Polite has demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information. Accordingly, THE COURT ORDERS that Marcus Polite shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this Court, to the extent such use is incurred in the course of Economics graduate course  He shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court.

    IT IS FURTHER ORDERED that the following limitations apply to this exemption:

1. This fee exemption applies only to Marcus Polite and is valid only for the purposes stated above.
2. This fee exemption applies only to the electronic case files of this court that are available through the PACER system.
3. By accepting this exemption, Marcus Polite agrees not to sell for profit any data obtained as a result of receiving this exemption.
4. Marcus Polite is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via internet-based databases.
5. This exemption is valid until

    IT IS FURTHER ORDERED that this exemption expires on **December 1, 2021**, and the Court may, in its discretion, terminate this exemption at any time.

    THE CLERK IS DIRECTED to send a copy of this Order to the PACER Service Center.

_____
Colleen A. Brown
September 21, 2021
Burlington, Vermont                                                   United States Bankruptcy Judge